IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-CV-507-MR-DCK

| | |
|---|---|
| PAUL D. CARTY, | ) |
| Plaintiff, | ) |
| v. | ) |
| WESTPORT HOMES OF NORTH CAROLINA, INC., WPNC DEVELOPMENT, LLC, JOHN B. SCHEUMANN, STEVEN M. DUNN, and CHARLES D. SCHEUMANN, | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 40) filed June 2, 2009 for admission of Michael T. McNally as counsel *pro hac vice* on behalf of Defendants Westport Homes of North Carolina, Inc. et al.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. McNally shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Westport Homes of North Carolina, Inc. et al. It appears that Mr. McNally has associated Neil T. Bloomfield and Gregory J. Murphy of Moore & Van Allen, PLLC as local counsel.

Signed: June 2, 2009

David C. Keesler
United States Magistrate Judge