# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Paul D. Carty,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                          3:08-cv-507

Westport Homes of North Carolina, Inc., et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2010 Order.

                                                    Signed: August 24, 2010

*(signature)*

Frank G. Johns, Clerk
United States District Court